UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE PEREZ-GARCIA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14cv2014 JAR |
| | ) | |
| THOMAS WINKOWSKI, Acting Director, | ) | |
| Immigration and Customs Enforcement, | ) | |
| | ) | |
| JEH JOHNSON, Director, Department of | ) | |
| Homeland Security | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERIC H. HOLDER, Jr., Attorney General of | ) | |
| the United States, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS DUE TO MOOTNESS**

Defendants, by and through their counsel, hereby move this Honorable Court to dismiss Plaintiff's Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(1), for lack of subject matter jurisdiction, because their case is now moot. A supporting memorandum of law accompanies this motion.

1

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General
Civil Division

LINDA S. WERNERY
Assistant Director
Civil Division
Office of Immigration Litigation

*/s/ Walter Bocchini*
_____
WALTER BOCCHINI
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 514-0492
email: walter.bocchini@usdoj.gov

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

       I hereby certify that on February 10, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Matthew L. Hoppock
Dunn and Davidson, LLC
1100 Walnut St. Suite 2900
Kansas City, MO 64106

and

Lindsay Goldford Gray
LAW OFFICE OF LINDSAY GRAY, LLC
9300 Olive Blvd.
St. Louis , MO 63132

Attorney for Plaintiffs

                                                 */s/ Walter Bocchini*
                                              _____

                                              WALTER BOCCHINI
                                              Trial Attorney