IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Jose Perez-Garcia, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 14-cv-02014-JAR |
| Thomas Winkowski, et al, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure the plaintiff, Mr. Jose Perez-Garcia, by and through counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the defendants.

/s/  Matthew L. Hoppock
Matthew L. Hoppock
The Hoppock Law Firm LLC
10985 Cody Street Suite 130
Overland Park, KS 66210
(913) 267-5511 Telephone
(816) 562-9555 Facsimile
matthew@hoppocklawfirm.com
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of June, 2015, I electronically filed this Notice of Dismissal with the Clerk of the Court by using CM/ECF system which will send a Notice of Electronic Filing to those parties designated with the Court to receive notification.

                                                    /s/  Matthew L. Hoppock